# EXHIBIT 3

**Fritz Scanlon**
___

| | |
|---|---|
| **From:** | David Smith <dbs@davidbsmithpllc.com> |
| **Sent:** | Saturday, May 26, 2018 7:44 AM |
| **To:** | Fritz Scanlon |
| **Cc:** | Jonathan D. Cogan |
| **Subject:** | Re: Joseph Szlavik Subpoena |

I don't know. He has never spoken with me about the subpoena.

David B. Smith
David B. Smith, PLLC
108 North Alfred Street
Alexandria, VA 22314
PH: 703.548.8911
FAX: 703.548.8935
My email address is now dbs@davidbsmithpllc.com

> On May 25, 2018, at 7:25 PM, "Fritz.Scanlon@kobrekim.com" <Fritz.Scanlon@kobrekim.com> wrote:
>
> David - do you know whether Mr. Szlavik intends to respond to the subpoena we served on him?  If so, do you know when he intends to do so?  We just wanted to circle back with you before filing a motion to compel and/or contempt.
>
> Regards,
> Fritz
>
> Fritz Scanlon
> +1 202 664 1983<tel:+1%20202%20664%201983>
>
> KOBRE & KIM LLP
> www.kobrekim.com<http://www.kobrekim.com/>
>
> New York  |  London  |  Hong Kong  |  Shanghai  |  Seoul  |  Washington DC  |  San Francisco  |  Miami  |  Cayman Islands  |  BVI
>
> On May 7, 2018, at 4:44 PM, David B. Smith <dbs@davidbsmithpllc.com<mailto:dbs@davidbsmithpllc.com>> wrote:
>
> Yes, I will do that.
>
> David B. Smith
> David B. Smith, PLLC
> 108 North Alfred Street
> Alexandria, VA 22314
> 703.548.8911 / fax 703.548.8935
>
> From: Fritz.Scanlon@kobrekim.com<mailto:Fritz.Scanlon@kobrekim.com>

1

> Sent: Monday, May 7, 2018 3:11 PM
> To: David B. Smith<mailto:dbs@davidbsmithpllc.com>
> Subject: RE: Joseph Szlavik Subpoena
>
> David - Understood.  If you are still in contact with Mr. Szlavik, can you please ask him to call me at his earliest convenience at the number below?
>
> Thank you.
>
> Regards,
> Fritz
>
>
>
>
>
> Fritz Scanlon
> +1 202 664 1983
>
> KOBRE & KIM LLP
> www.kobrekim.com<http://www.kobrekim.com>
>
> New York  |  London  |  Hong Kong  |  Shanghai  |  Seoul  |  Washington DC  |  San Francisco  |  Miami  |  Cayman Islands  |  BVI
> From: David B. Smith [mailto:dbs@davidbsmithpllc.com]
> Sent: Thursday, May 03, 2018 5:09 PM
> To: Fritz Scanlon <Fritz.Scanlon@kobrekim.com<mailto:Fritz.Scanlon@kobrekim.com>>
> Subject: RE: Joseph Szlavik Subpoena
>
> I'm sorry, Fritz, but I will not be representing him, so you will need to contact him directly.
>
> David B. Smith
> David B. Smith, PLLC
> 108 North Alfred Street
> Alexandria, VA 22314
> 703.548.8911 / fax 703.548.8935
>
> From: Fritz.Scanlon@kobrekim.com<mailto:Fritz.Scanlon@kobrekim.com>
> Sent: Thursday, May 3, 2018 5:07 PM
> To: dbs@davidbsmithpllc.com<mailto:dbs@davidbsmithpllc.com>
> Cc: Jonathan.Cogan@kobrekim.com<mailto:Jonathan.Cogan@kobrekim.com>
> Subject: Joseph Szlavik Subpoena
>
> David - we spoke briefly approximately two months ago about whether you are authorized by your client Joseph Szlavik to accept service of a subpoena on his behalf.  You responded that you are not authorized.  Yesterday, Mr. Szlavik was served personally with the subpoena.  We write to see whether you will be representing him in that matter.  If so, could we have a brief call to discuss scheduling a deposition date, as well as timing and manner of document production?
>
> Regards,
> Fritz

2

>
>
>
> Fritz Scanlon
> +1 202 664 1983
> KOBRE & KIM LLP
> www.kobrekim.com<http://www.kobrekim.com>
> New York  |  London  |  Hong Kong  |  Shanghai  |  Seoul  |  Washington DC  |  San Francisco  |  Miami  |  Cayman Islands  |  BVI
>
>
> This e-mail message is from Kobre & Kim LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.
>
>