# EXHIBIT 4



**Text Message**
Tuesday 12:34 PM

> Mr. Szlavik -- my name is John Scanlon. I am an attorney for International Mineral Resources, B.V. and Patokh Chodiev. On May 2, 2018, you were served with a subpoena for documents and a deposition in a matter pending against you in the U.S. District Court for the District of Columbia (Case No. 1:18-mc-00013-EGS). As requested in my cover letter, please contact me at your earliest convenience at this number or at fritz.scanlon@kobrekim.com. If you are represented by counsel, please have your lawyer contact me. The deadline to respond to the subpoena has now passed and we have not heard from you. My clients reserve all rights, including to seek court

International Mineral Resources, B.V. and Patokh Chodiev.  On May 2, 2018, you were served with a subpoena for documents and a deposition in a matter pending against you in the U.S. District Court for the District of Columbia (Case No. 1:18-mc-00013-EGS).  As requested in my cover letter, please contact me at your earliest convenience at this number or at fritz.scanlon@kobrekim.com.  If you are represented by counsel, please have your lawyer contact me.  The deadline to respond to the subpoena has now passed and we have not heard from you.  My clients reserve all rights, including to seek court intervention compelling you to comply with the subpoena and/or finding you in contempt of court.  Regards, John Scanlon.