UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

APPLICATION OF PATOKH CHODIEV
AND INTERNATIONAL MINERAL
RESOURCES B.V. FOR AN ORDER TO
TAKE DISCOVERY PURSUANT TO 28
U.S.C. § 1782

Case No. 1:18-mc-00013-EGS

## DECLARATION OF JOSEPH SZLAVIK

I, Joseph Szlavik, under penalty of perjury under the laws of the United States of America, do hereby declare and aver as follows:

1. My business interests and activities require me to engage in extensive travel in the United States and overseas. As a consequence, I am not routinely present at 1875 Connecticut Avenue, Floor 10, Washington, DC.
2. I have never spoken in person with any process server in this matter in Washington, DC nor have I been introduced to anyone in Washington, DC purporting to be a process server or tendering to me any process in this case.
3. I recall receiving a phone call from someone in February of 2018. I was not in Washington, DC at the time. I exited a meeting to take the call and the caller made no mention of any process or any service of process and was vague about his interest in meeting with me. I mentioned that I could return to Washington, DC at some later date. I may have specified dates but I don't recall with specificity. In any event, my response was equivocal and was not a commitment of any kind, particularly in view of the caller's lack of clarity about his own purposes and intentions.
4. So far as I know, I was not present at 1875 Connecticut Avenue, Floor 10, Washington, DC, at any time when a process server appeared to serve me with process or any other documents.
5. 363 Main Street, Harleysville, Pennsylvania, is a lot with an abandoned improvement on it. I don't reside there.
6. 2116 Kratz Station Road, Harleysville, Pennsylvania, is a farm over 150 miles from Washington, DC. It is my residence. It has a carriage house separate from the main house. My daughter resides in the carriage house. At the entrance to the property and elsewhere are "no trespassing" signs. The attached photographs **JS-A** and **JS-B** accurately depict the signs posted on the property throughout 2018.

EXHIBIT
JS-1

7. In or around February 2018, I saw an unidentified bearded man on the property, peeking through a window in the carriage house. I approached him and after getting no explanation for his presence, yelled at him and told him that I was going to call the police. He did not respond but instead raced to his car and sped off. I called the police and advised them of those events. The attached **JS-C** accurately depicts the presence of a police cruiser on that date.
8. Weeks or months later, my daughter called me to advise me that while I was away, the police and another person arrived at the carriage house to attempt to deliver something to her but she declined to open the door.
9. Weeks or months later, perhaps in May 2018, I was at the farm when I heard a commotion outside. I saw a different man on the property who was being confronted by my dogs, who were barking at the man. I advised him that trespassers were not permitted on the property. He never explained his purpose for being on the property and never informed me that either he was a process server or that he had process or other documents to deliver to me. Instead, he got into his vehicle, drove away, and threw papers out of his vehicle window as he was driving away.
10. My only familiarity with the Belgian litigation described in the Application is what I have read in the media.
11. I haven't discussed that litigation with Respondent Akhmetshin.
12. The allegations in paragraphs 5, 6 and 7 in the declaration of William Hutman are baseless.
13. I am willing to participate in a brief deposition and to produce documents, if any, limited to the Belgian litigation. But I am distressed by the tactics utilized by Mr. Chodiev in this case.

_____
Joseph Szlavik

Date: July 5, 2018



EXHIBIT JS-B


