UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF PATOKH CHODIEV AND INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:18-mc-00013-EGS/ RMM |

**SECOND SUPPLEMENTAL MEMORANDUM IN RESPONSE TO MOTION OF PATOKH CHODIEV AND INTERNATIONAL MINERAL RESOURCES B.V.S MOTION TO COMPEL, FOR SANCTIONS AND/OR FOR A FINDING OF CONTEMPT**

On February 20, 2019, the publication *Intelligence Online* reported, in part, as follows:

> Kazakh oligarch Patokh Chodiev, whose company ENRC is being investigated by Britain's Serious Fraud Office (SFO), is concerned that he may be getting into deeper water in the Democratic Republic of Congo (DRC) and Kazakhstan. Chodiev is convinced that Swiss commodities trader Glencore and its partner in Kazakhstan, Bulat Utemuratov, have conspired to get his company Eurasian Resources Group (ERG), the former ENRC, out of the DRC and Kazakhstan.....
>
> ENRC and Glencore are under investigation for corruption by Britain's SFO and by the US Department of Justice (DoJ) over their relationship in the DRC mining industry with businessman Dan Gertler, who was placed on a US sanctions list targeting human rights abuse and corruption in December 2017. **Exhibit B.** [1]

On February 19, 2019, Bloomberg.com reported:

> Eurasian Resources Group Sarl will halt production at a copper and cobalt mine in the Democratic Republic of Congo, as it considers future investment in new production methods…. The suspension comes at a time of strained relations

---

[1] Exhibit A is the deposition transcript of Joseph Szlavik, appended to the Response to Notice of Patokh Chodiev and International Mineral Resources B.V. and Supplemental Memorandum in Response to Motion of Patokh Chodiev and International Mineral Resources B.V.S Motion to Compel, For Sanctions and/or For a Finding of Contempt, filed January 14, 2019, ECF 34.

> between Congo and investors after the nation last year introduced new taxes, including a 10 percent levy on cobalt exports….
>
> Rival producer Glencore Plc is also considering plans to stop mining oxide ores at the Mutanda mine in Congo ….
>
> Boss is a joint venture between ERG … and state-owned Gecamines. Albert Yuma, the president of Gecamines, didn't answer calls and emails seeking comment….
>
> Yuma has repeatedly criticized Gecamines' existing partnerships as too generous to international mining companies, yielding minimal benefits to the government and state miner in the form of profit taxes and dividends. **Exhibit C.**

Though the ostensible subject of the discovery in this case was Belgian Litigation related to charges of Applicants' corruption and other misconduct, Applicants do not dispute that the deposition of Joseph Szlavik included an examination of Mr. Szlavik's work in the Democratic Republic of the Congo ("DRC" or the "Congo"). Applicants suggest, however, that the topic of Mr. Szlavik's lobbying and consulting activities in the DRC [2] were first broached in the deposition by Mr. Szlavik. Response, at 3-4. But it is self-evident that counsel for Applicants fully intended from the beginning to use the deposition to examine Mr. Szlavik about the Congo. Without any prior reference by Mr. Szlavik to any Congo-related name, counsel for Applicants asked: "Were you hired to do that by Mr. Mulumbi?" Transcript, at 51. Mr. Szlavik responded: "Mr. Mulumbi, yes, yes. He goes by Mr. Yuma, but yes." *Id.* Counsel for Applicant then asked: "So it's Albert Yuma Mulumbi, correct?" *Id.*, at 51-52.

Counsel for Applicants thus came to the deposition prepared to examine Mr. Szlavik on Applicants' DRC difficulties.

But Applicants fail to explain in successive filings the connection between the DRC and the Belgian Litigation. In eight pages of discussion about the serious allegations of misconduct

---

[2] Mr. Szlavik , through Scribe Strategies and Advisors Inc. is registered under the Foreign Agent Registration Act ("FARA") for Gecamines, a DRC parastatal. Transcript of Deposition of Joseph Szlavik, Exhibit A, appended to ECF 34, at 49-50. ("Transcript").

levelled against Applicants in Europe, [3] Applicants fail to mention the DRC at all. Application, at 3-10.  Moreover, notwithstanding that counsel for Applicants insisted that urgency was prompted by hearings scheduled on October 31, 2018, and December 19, 2018, in the Belgian Litigation, ECF 27 at 1-2, Applicants have now twice declined to represent that any portion of the discovery it sought from Mr. Szlavik was used, or even mentioned, in that litigation.

Whether Applicants' generous view of the scope of discovery permitted in this action is supported by the Application, Mr. Szlavik's uncontroverted testimony at a deposition which was at least in part an unrelated fishing expedition, as well as Mr. Szlavik's well-founded objections to defective service, precludes any award of fees, especially to this Applicant.

Respectfully Submitted,

_____/s/_____
Philip M. Musolino
Musolino & Dessel PLLC
1615 L Street, NW
Suite 440
Washington, DC 20036
Phone:  (202) 466-3883
Fax:  (202) 775-7477
Email:  pmusolino@musolinoanddessel.com

---

[3] Applicants' persistent mudslinging against Mr. Szlavik, Response, at 2, n.1, reflects a dearth of self-awareness so acute that one could almost overlook that Applicant was required to withdraw under threat of sanctions his first set of false allegations, *see* ECF 24. Applicant reprises that conduct here, again omitting the salient fact that DOJ stated in open court in a civil proceeding that it had no intention of bringing any charges against Mr. Szlavik.  Applicant does not appear to be similarly situated with respect to the multitude of agencies investigating him.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2019, a true and correct copy of the foregoing was served via the court's electronic filing system to all parties of record.

                                                                              /s/ Philip M. Musolino
                                                                              Philip M. Musolino, Esq. #294652