IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF PATOKH CHODIEV AND INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:18-mc-13-EGS-RMM |

**CABLE NEWS NETWORK, INC.'S NOTICE OF
PROCEDURAL DEVELOPMENTS AND SUPPLEMENTAL AUTHORITY**

Still pending before the Court is the January 23, 2019, motion to intervene in this matter, for the limited purpose of seeking access to certain judicial records that have been filed under seal or otherwise not been made available on the public docket (the "Sealed Records"), filed by Cable News Network, Inc. ("CNN"). Dkt. 36. No party opposed CNN's requested relief when filed nearly eight months ago, or since.

CNN now respectfully notifies the Court that the Notice of Intervening Authority and Procedural Developments in Related Cases (Dkt. 42) filed by Respondent Rinat Akhmetshin has publicly revealed the nature and contents of one of the sealed docket entries in this action, thus eliminating any justification for continued sealing. Although Akhmetshin's motion to quash Applicants' subpoena was filed under seal (Dkt. 21), his recent Notice is publicly available on the Court's electronic docket. That filing reveals that Chodiev and International Mineral Resources applied to this Court to enforce a subpoena to Akhmetshin pursuant to 28 U.S.C. § 1782. Akhmetshin's sealed motion to quash argued that the application failed to meet the requirements of 28 U.S.C. § 1782 because Akhmetshin contended the discovery sought was not relevant to the Belgian proceedings for which it was purportedly intended. Dkt. 42 at 1-3. Akhmetshin also argued in the sealed motion that the discovery was barred by a covenant not to

1

sue and mutual release that he asserts applies to Applicants. *Id.* at 1 n.2, 5. The publicly available Notice also provides details regarding the Belgian proceedings for which the discovery purportedly was sought, including that they apparently terminated late last year and involved the French "Kazakhgate" corruption scandal. *Id.* at 3-5; *see also* Ex. C (Dkt. 42-1) (French-language news article and Google Translate translation showing Belgian proceeding involved "Kazakhgate").

CNN demonstrated in its initial motion that the sealed documents in this matter are judicial records subject to unsealing both pursuant to the First Amendment and common-law rights of access. *See generally* Dkt. 36. Akhmetshin's Notice further reinforces the fact that sealing is improper because, as a matter of law and logic, there is no justification for sealing information that already is public knowledge. *See, e.g.*, *Washington Post v. Robinson*, 935 F.2d 282, 291–92 (D.C. Cir. 1991) (government did not meet its burden to justify sealing plea agreement to protect ongoing investigation when plea already had been reported by news media); *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 579 (4th Cir. 2004) (information already made public in news reports could not remain sealed; "[o]nce announced to the world, the information lost its secret characteristic").

In addition, CNN respectfully informs the Court of supplemental authority regarding the common-law right of access to judicial records such as those CNN seeks to unseal in this matter. Twice in the past four months, courts in this District have ordered judicial records subject to the common-law access right to be unsealed. *Cable News Network, Inc. v. FBI*, 384 F. Supp. 3d 19 (D.D.C. 2019) (unsealing affidavit submitted by government in support of withholding under the Freedom of Information Act memoranda authored by then-FBI Director James Comey); *In re Application for Access to Certain Sealed Warrant Materials*, No. 19-MC-44 (BAH), 2019 WL

2184825, at *3 (D.D.C. May 21, 2019) (unsealing, in part, search warrant records regarding Michael Cohen, the former attorney for President Donald Trump).  As those courts acknowledged, the strong presumption under the common law is that judicial records are public. *Id.*

For these reasons and those set forth in CNN's memorandum of points and authorities, CNN again requests that the Court grant CNN's motion to intervene and order that all the Sealed Records be unsealed and placed on the public docket.

| | |
|---|---|
| Dated:  August 6, 2019 | Respectfully submitted, |
| | BALLARD SPAHR LLP |
| | /s/ *Charles D. Tobin*  <br>Charles D. Tobin (#455593)  <br>Maxwell S. Mishkin (#1031356)  <br>1909 K Street, NW, 12th Floor  <br>Washington, DC 20006  <br>Telephone: (202) 661-2200  <br>Fax: (202) 661-2299  <br>tobinc@ballardspahr.com  <br>mishkinm@ballardspahr.com |
| | *Counsel for Movant Cable News Network, Inc.* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this date, I caused the foregoing to be filed and served electronically via the Court's ECF System upon counsel of record.


Dated:  August 6, 2019                             /s/ *Charles D. Tobin*
                                                            Charles D. Tobin