UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>APPLICATION OF PATOKH CHODIEV AND )<br>INTERNATIONAL MINERAL RESOURCES, B.V. )<br>FOR AN ORDER TO TAKE DISCOVERY )<br>PURSUANT TO 28 U.S.C. § 1782, )<br>)<br>                               Applicants. )<br>) | 1:18-MC-00013 (EGS/RMM) |

**RESPONSE TO CNN'S NOTICE OF PROCEDURAL
DEVELOPMENTS AND SUPPLEMENTAL AUTHORITY**

Respondent Rinat Akhmetshin respectfully submits this response to Cable News Network, Inc.'s ("CNN") Notice Of Procedural Developments And Supplemental Authority filed on August 6, 2019 (Dkt. 44) in order to clarify and correct the record relating to CNN's motion to intervene.  Mr. Akhmetshin's July 31, 2019 Notice of Intervening Authority and Procedural Developments in Related Cases (Dkt. 42) did not, as CNN claims, "eliminate[ ] any justification for continued sealing."  (CNN Notice at 1).  Nor did it disclose the "contents" of any matter that justified sealing portions of the record in this case.  (*Id*).  Mr. Akhmetshin simply proferred arguments relating to the essential elements of a §1782 proceeding and the existence of -- but not the terms of -- a "Covenant Not To Sue and Mutual Release."

Significantly, nothing in Mr. Akhmetshin's Notice vitiated the grounds for granting the operative motions to seal.  CNN contends that "there is no justification for sealing information that already is public knowledge" (CNN Notice at 2), but there are critical details relating to this matter that are not public.  The July 31 Notice merely disclosed information that already was --

or could have been -- made public.  Mr. Akhmetshin takes no position with respect to the merits of CNN's motion to intervene.

Dated:     Washington, D.C.
           August 7, 2019

          Respectfully submitted,

          /s/  Kim Hoyt Sperduto
          Kim Hoyt Sperduto
          D.C. Bar No. 416127
          Joshua S. Kauke
          D.C. Bar No. 999296

          SPERDUTO THOMPSON &
          GASSLER PLC
          1747 Pennsylvania Ave., N.W.
          Suite 1250
          Washington, D.C.  20006
          202.408.8900
          202.408.8910 (f)

          ksperduto@stglawdc.com
          jkauke@stglawdc.com

          Counsel for Respondent
          Rinat Akhmetshin

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2019, that I caused copies of the foregoing Response To CNN's Notice of Procedural Developments And Supplemental Authority on counsel for Applicants, Will Rosenzweig and Jonathan Cogan, KOBRE & KIM LLP, 1919 M Street, NW, Washington, D.C. 20036, will.rosenzweig@kobrekim.com, jonathan.cogan@kobrekim.com, and counsel for CNN, Charles D. Tobin, BALLARD SPAHR LLP, 1909 K Street, NW, 12th Floor, Washington, D.C. 20006, tobinc@ballardspahr.com.

          /s/
          Joshua Kauke