**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF PATOKH CHODIEV AND INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:18-mc-13-EGS-RMM |

**CABLE NEWS NETWORK, INC.'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Still pending before the Court is the motion to intervene in this matter filed by Cable News Network, Inc. ("CNN") on January 23, 2019, for the limited purpose of seeking access to certain judicial records that have been filed under seal or otherwise not been made available on the public docket (the "Sealed Records"). Dkt. 36. As CNN demonstrated in its initial motion, the Sealed Records are subject to public access pursuant to both the First Amendment and common law. *See generally id.* No party opposed this requested relief when CNN filed its motion nearly a year and a half ago, or since.

CNN now respectfully submits as supplemental authority in this matter the D.C. Circuit's decision in *Leopold v. United States*, No. 18-5276, 2020 U.S. App. LEXIS 21026 (D.C. Cir. July 7, 2020), a copy of which is attached hereto for the Court's convenience. As the D.C. Circuit reaffirmed, "[t]he common-law right of public access to judicial records is a fundamental element of the rule of law, important to maintaining the integrity and legitimacy of an independent Judicial Branch. At bottom, it reflects the antipathy of a democratic country to the notion of 'secret law,' inaccessible to those who are governed by that law." *Id.* at *10-11 (citations and internal marks omitted). Moreover, "[t]here is no doubt that . . . court orders themselves are judicial records. Court decisions are the quintessential business of the public's

1

institutions. And the issuance of public opinions is core to the transparency of the court's decisionmaking process." *Id.* at *13 (citations and internal marks omitted). "The same is true of applications for such orders and their supporting documents (e.g., accompanying affidavits)." *Id.*

This ruling directly bears on the Sealed Records at issue here. In particular, CNN has requested access to a January 24, 2018 *ex parte* motion for an order permitting Patokh Chodiev and International Mineral Resources B.V. to issue subpoenas for depositions of and documents from Joseph Szlavik and Rinat Akhmetshin (Dkt. 1) and a February 5, 2018 order granting that motion (Dkt. 4). Under *Leopold*, these records – and the other filings that CNN seeks to unseal – are squarely subject to the common law access right and should be made public.

For these reasons and those set forth in CNN's memorandum of points and authorities, CNN once again requests that the Court grant CNN's motion to intervene and order that all the Sealed Records be unsealed and placed on the public docket.

Dated: July 20, 2020

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Proposed Intervenor*
*Cable News Network, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated:  July 20, 2020                             /s/ *Charles D. Tobin*
                                                    Charles D. Tobin