UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
                                    )
                                    )
IN RE:                              )
APPLICATION OF PATOKH CHODIEV       )
AND INTERNATIONAL MINERAL           )
RESOURCES B.V. FOR AN ORDER TO      ) Civil Action No. 18-mc-13(EGS)
TAKE DISCOVERY PURSUANT TO 28       )
U.S.C. § 1782                       )
                                    )
                                    )
_____)

**ORDER**

On July 30, 2020, the Court referred this case to Magistrate Judge Meriweather for a Report and Recommendation on Cable News Network's ("CNN's") motion to intervene and to unseal several docket entries. Magistrate Judge Meriweather issued a Report and Recommendation on March 23, 2021. The Court has carefully reviewed the Report and Recommendation and, having received no objections to the Report and Recommendation pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Meriweather contained in the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that CNN's motion to intervene, for the limited purpose of seeking access to certain judicial records filed under seal or otherwise not available on the public docket, is **GRANTED;** and it is further

1

**ORDERED** that CNN's motion for access to those judicial records is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall, within five days of this Order, place on the public docket a copy of the records corresponding with the following docket entries in this matter: 1, 4, 6, 6-1, 6-2, 6-3, 6-4, 6-5, 6-6, 8, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 14, 14-1, 14-2, 21, 21-1, 22, and 23.

**SO ORDERED.**

**Signed:**   Emmet G. Sullivan
             United States District Judge
             May 7, 2021